# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS PERALTA CRUZ, et al., | Case No. 1:24-cv-00263-SAB |
| Plaintiffs, | ORDER VACATING JULY 2, 2024 HEARING ON DEFENDANT'S MOTION TO DISMISS |
| v. | |
| FORD MOTOR COMPANY, | (ECF No. 10) |
| Defendant. | |

A hearing is currently set for July 2, 2024, regarding Defendant's motion to dismiss. (ECF No. 7.) Having considered the parties' briefing, the Court finds this matter suitable for decision without oral argument and shall vacate the hearing set for July 2, 2024.

Accordingly, IT IS HEREBY ORDERED that the hearing regarding Defendant's motion to dismiss set for July 2, 2024, at 10:00 a.m. in Courtroom 9, is VACATED and shall be taken under submission.

IT IS SO ORDERED.

Dated: **July 1, 2024**

UNITED STATES MAGISTRATE JUDGE

1